UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK DEGRAW, TRUSTEE, and ) <br> INDIANA LABORERS WELFARE, ) <br> PENSION AND TRAINING FUNDS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEW BEGINNINGS CONSTRUCTION, LLC ) <br> ) <br> Defendant. ) | CAUSE NO.:1:10-CV-0475-SEB-DML |

## ENTRY ON PLAINTIFFS' SUMMARY JUDGMENT
(Docket No. 20)

This matter is before the Court on Plaintiffs' Motion for Summary Judgment, and the Court having considered said unopposed Motion and the Affidavits and Memorandum in Support thereof, hereby FINDS as follows:

1. Plaintiffs Indiana Laborers Welfare, Pension and Training Funds (herein after collectively "Funds") are multi-employee welfare benefit plans, and are administered in accordance with the provisions of the Employee Retirement Income Security Act of 1974, as amended. Plaintiff Frank DeGraw was, at the time of the filing of this litigation, a trustee, and therefore a fiduciary of the Funds.

2. The Defendant, New Beginnings Construction, LLC was obligated by terms of its collective bargaining agreement to make contributions to the Funds, and was delinquent in those contributions at the time of the filing of this litigation.

3. This Court has jurisdiction over the Parties, *in personam*, under provisions

of the Employee Retirement Income Security Act of 1974, as amended (29 U.S.C § 1001 *et seq*), and venue is properly in the Southern District of Indiana.

4. Since the filing of the litigation, Plaintiffs have reviewed the books and records of the Defendant, and have retained the auditing firm LM Henderson and Company, LLP, to determine the amount of contributions which are due to the Plaintiffs under the Defendant's collective bargaining agreement with the LIUNA, Indiana District Council. The audit revealed $84,168.65 in unpaid contributions for hours worked by covered employees. The results of the audit were presented to the Defendant, and it did not dispute them.

5. Pursuant to their normal procedures, the Plaintiff Funds also assessed interest on the unpaid contributions in the amount of $9,887.18, as well as liquidated damages in the amount of $16,833.73. The audit costs in the amount of $1,984.00 also are assessable against the Defendant as provided by the Trust Agreements of the Funds.

6. Based on evidence presented, and in light of Defendant's failure to respond to the motion for summary judgment, the Plaintiffs are entitled to judgment in their favor, including a permanent injunction against future delinquencies by the Defendant, beginning with contributions due for the month of July 2010.

7. Pursuant to provisions of 29 U.S.C. § 1132(g), Plaintiffs are also entitled to recover their reasonable attorney fees incurred in this matter. Counsel shall within ten (10) days of the date of this Order submit an affidavit in support of said fees, for consideration by the Court.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs recover of Defendant the sum of $112,873.56 for delinquent contributions, interest and liquidated damages thereon, and audit fees.

IT IS FURTHER ORDERED that the Defendant should be and is PERMANENTLY ENJOINED as follows:

Defendant, its agents, servants, employees, and all persons in active counsel and in participation with it, are permanently enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendant's employees for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for the month of July, 2010. All future contributions will be paid on or before their due date on the basis specified in any collective bargaining agreement between the LIUNA, Indiana State Council, and the Defendant.

IT IS SO ORDERED.

Date: 05/24/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

**Frederick W. Dennerline , III**
FILLENWARTH DENNERLINE GROTH & TOWE LLP
fdennerline@fdgtlaborlaw.com,mdarby@fdgtlaborlaw.com,jeverson@fdgtlaborlaw.com

**Geoffrey S. Lohman**
FILLENWARTH DENNERLINE GROTH & TOWE LLP
glohman@fdgtlaborlaw.com,jeverson@fdgtlaborlaw.com

**Charles Nathaniel White , Jr**
LAW OFFICE OF CHARLES WHITE
charles@lawoffice-charleswhite.com,cwhite0731@sbcglobal.net